UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                    Case No. 0:23-cv-61188

MIGUEL CARDONA, et al.,

   *Defendants*.

_____/

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(*l*), the undersigned attorney for the Plaintiff certifies and files the following proof of service:

1) That I mailed by certified mail, returned receipt, the summons, with copies of the Complaint, to each of the Defendants, Miguel Cardona, James Kvaal, Nasser Paydar, Herman Bounds Jr., Richard Cordray, and Annmarie Weisman; the United States of America through the U.S. Attorney's Office for the Southern District of Florida; and the Department of Justice.

2) That pursuant to Federal Rule of Civil Procedure 4(i)(1) & 4(i)(2) and 28 CFR § 0.77, copies of the summonses and complaint have been delivered to the U.S. Attorney's Office for the Southern District of Florida and the Attorney General has been served via the U.S. Department of Justice, Justice Management Division, with a copy of the documents listed in paragraph one.

3) That on June 22 and 23, 2023, the United States Postal Service provided certified mail receipts to me for the eight packages sent certified mail. The receipts are attached hereto as Exhibit 1.

4) That the United States Postal Service website[1] tracking information confirms delivery of the eight certified priority mail packages. The delivery confirmations are attached hereto as Exhibit 2.

5) That the last of the eight packages was delivered on July 3, 2023.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

---

[1] https://tools.usps.com/go/TrackConfirmationAction_input

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I certify that on July 10, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

*/s/ Natalie P. Christmas*
Natalie P. Christmas
