UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61188-CIV-SMITH

STATE OF FLORIDA,

    Plaintiff,

vs.

MIGUEL CARDONA, *et al.*,

    Defendants.
_____/

### ORDER ON MOTION FOR CLARIFCATION

This cause is before the Court on Plaintiff, State of Florida's Motion for Clarification ("Motion") [DE 8]. In its Motion, Plaintiff represents to the Court that "Defendants . . . have refused to schedule a party conference." The Court has issued its Order Requiring Joint Scheduling Report [DE 9] ("Order") requiring the parties to file a Joint Scheduling Report by October 6, 2023. Nothing in the record indicates that Defendants will not comply with the Court's Order. Thus, Plaintiff's Motion seeks an advisory opinion given that the time for Defendants to comply with the Order has not run. Accordingly, it is

**ORDERED THAT** Plaintiff's Motion for Clarification [DE 8] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of September 2023.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record