UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                                   Case No. 0:23-cv-61188

MIGUEL CARDONA, et al.,

   *Defendants*.

_____/

## UNOPPOSED MOTION FOR CLARIFICATION

The State of Florida respectfully seeks clarification regarding the Court's August 25, 2023 order, Doc. 7, setting a briefing schedule for Defendants' motion to dismiss, Doc. 11.

According to the Court's order, Florida's response to Defendants' motion is due "October 9, 2023," and Defendants' reply is due "October 19, 2023." Doc. 7. October 9, 2023, however, is a court holiday. *See Court Hours/Holidays*, U.S. Dist. Ct. S. Dist. of Fla., https://www.flsd.uscourts.gov/court-hours-holidays. Under Federal Rule of Civil Procedure 6(a), Florida's deadline would typically move to the next business day, October 10, 2023.

Because the Court's order expressly sets Florida's deadline as October 9, Florida seeks clarification regarding whether its deadline to respond falls on October 9, or the next business day, October 10. If the latter, Florida has no objection to Defendants' reply deadline being moved from October 19 to October 20.

Accordingly, Florida respectfully requests clarification of the Court's August 25, 2023 order, Doc. 7.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF GOOD FAITH CONFERNCE**

Counsel for Florida conferred with counsel for Defendants by email. Defendants do not oppose the relief sought on the condition that the Court maintains the 10 days allotted for their reply by the Court's order, Doc. 7.

*/s/ Natalie P. Christmas*
Natalie P. Christmas

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

*/s/ Natalie P. Christmas*
Natalie P. Christmas
