UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61188-CIV-SMITH

**STATE OF FLORIDA,**

      **Plaintiff,**

v.

**MIGUEL CARDONA, in his official
capacity as Secretary of Education, et al.,**

      **Defendant(s).**

---

**FLORIDA'S PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[December 2, 2024]**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, [November 26, 2024]**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the pleadings by      **[12/15/2023]**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by      **[N/A]**

3. Defendants shall produce the administrative record for the policies challenged in Count 4 of Florida's complaint, Doc. 1, by      **[120 days from the entry of this order or 30 days after the Court rules on Defendants' motion to dismiss, Doc. 11, whichever is earlier]**

4. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by      **[11/30/2023]**

5. Defendant(s) shall disclose experts, expert witness summaries, and

|   |   |   |
|---|---|---|
|   | reports as required by Fed. R. Civ. P. 26(a)(2) by | **[12/30/2023]** |
| 6. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[1/15/2024]** |
| 7. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[1/15/2024]** |
| 8. | Fact discovery shall be completed by | **[2/15/2024]** |
| 9. | Expert discovery shall be completed by | **[3/1/2024]** |
| 10. | Mediation shall be completed by | **[N/A]** |
| 11. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **[3/15/2024]** |
| 12. | Deposition designations and counter designations shall be filed by  The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | **[10/2/2024]** |
| 13. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by  Prior to filing any motions *in limine*, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted. | **[11/2/2024]** |
| 14. | Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by  When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. | **[11/2/2024]** |

**By:**

        Ashley Moody
        ATTORNEY GENERAL

        John Guard (FBN 374600)
        CHIEF DEPUTY ATTORNEY GENERAL

        James H. Percival (FBN 1016188)
        CHIEF OF STAFF

        Henry Whitaker (FBN 1031175)
        SOLICITOR GENERAL

        */s/ Natalie Christmas*
        Natalie Christmas (FBN 1019180)
        COUNSELOR TO THE ATTORNEY GENERAL

        Anita J. Patel (FBN 0070214)
        ASSISTANT BUREAU CHIEF

        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        Natalie.christmas@myfloridalegal.com

        *Counsel for the State of Florida*