UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61188-CIV-SMITH

**STATE OF FLORIDA,**

 **Plaintiff,**

 v.

**MIGUEL CARDONA, in his
official capacity as Secretary
of Education, et al.,**

 **Defendant(s).**

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**            Yes \_\_\_\_ No \_X\_

2. **Motions for Summary Judgment**  Yes \_\_\_\_ No \_X\_

3. **Motions for Attorneys' Fees**   Yes \_\_\_\_ No \_X\_

4. **Motions for Costs**             Yes \_\_\_\_ No \_X\_

5. **Motions for Sanctions**         Yes \_\_\_\_ No \_X\_

6. **All Pretrial Motions**          Yes \_\_\_\_ No \_X\_

7. **Discovery**                     Yes \_\_\_\_ No \_X\_

8. **Other (*explain below*)**       Yes \_\_\_\_ No \_X\_

**By:**

| | |
|---|---|
| Ashley Moody<br>ATTORNEY GENERAL | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| John Guard (FBN 374600)<br>CHIEF DEPUTY ATTORNEY GENERAL | MARCIA BERMAN<br>Assistant Branch Director |
| James H. Percival (FBN 1016188)<br>CHIEF OF STAFF | */s/ Kate Talmor*<br>KATE TALMOR<br>(Maryland Bar) |
| Henry Whitaker (FBN 1031175)<br>SOLICITOR GENERAL | Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| */s/ Natalie Christmas*<br>Natalie Christmas (FBN 1019180)<br>COUNSELOR TO THE ATTORNEY GENERAL | 1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 305-5267<br>kate.talmor@usdoj.gov |
| Anita J. Patel (FBN 0070214)<br>ASSISTANT BUREAU CHIEF | *Attorneys for Defendants* |

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*