# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No. 23-61188-civ-SMITH

STATE OF FLORIDA,
    *Plaintiff*,

v.

MIGUEL CARDONA, in his official
capacity as Secretary of Education, et al.,
    *Defendants*.

## NOTICE OF APPEARANCE

Notice is hereby given that Edward M. Wenger, an attorney admitted to the bar of this Court, hereby enters his appearance on behalf of the National Horsemen's Benevolent and Protective Association and the Center for American Rights, Amici Curiae in the above-captioned case.

/s/ *Edward M. Wenger*
Edward M. Wenger
    *Counsel of Record*
Fla. Bar No. 85568
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
2300 N Street NW,
Suite 643A
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
emwenger@holtzmanvogel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of October, 2023, a true copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will which will serve it on all counsel of record.

                                                                  /s/ *Edward M. Wenger*
                                                                  Edward M. Wenger