UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23:cv-61188-RS

STATE OF FLORIDA,

    Plaintiff,

v.

MIGUEL CARDONA ET AL.,

    Defendants.

_____/

**CERTIFICATION OF DONALD A. DAUGHERTY, JR.**

1. Donald A. Daugherty, Jr., Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Wisconsin and District of Columbia Bars, as well as the Second, Seventh, Ninth, Tenth, District of Columbia, and Federal Circuits and U.S. Supreme Court; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                               /s/ *Donald A. Daugherty, Jr.*
                                                                                 Donald A. Daugherty, Jr.