UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| STATE OF FLORIDA. | Case No. 23:cv-61188-RS |
| *Plaintiff*, | |
| v. | JUDGE RODNEY SMITH |
| MIGUEL CARDONA ET AL., | |
| *Defendants*. | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Donald A. Daugherty Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Donald A. Daugherty Jr. may appear and participate in this action on behalf of the Defense of Freedom Institute and Eight Former senior leaders of the U.S. Department of Education.  The Clerk shall provide electronic notification of all electronic filings to Donald A. Daugherty Jr. at: Don.Daugherty@dfipolicy.org.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this ___ day of

____, 2023.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Cc: All Counsel of Record