# Exhibit 2

Proposed Order Granting Motion for Leave to File Brief as *Amici Curiae* in Opposition to Defendants' Motion to Dismiss

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| STATE OF FLORIDA. *Plaintiff*, v. MIGUEL CARDONA ET AL., *Defendants*. | Case No. 23:cv-61188-RS JUDGE RODNEY SMITH |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**THIS CAUSE** comes before the Court upon the Motion of Eight Former Senior Leaders of the United States Department of Education for Leave to File Brief as *Mici Curiae* in Opposition to Defendants' Motion to Dismiss (the"Motion"). This Court having considered the Motion and all other relevant factors, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**. The Court accepts as filed the brief of Former Assistant Secretary Jim Blew, Former Senior Counselor to the Secretary and Former Deputy General Counsel Robert Eitel, Former Principal Deputy Under Secretary Diane Auer Jones, Former Assistant Secretary Scott Stump, Former Principal Deputy Assistant Secretary Christopher McCaghren, Former Deputy Assistant Secretary Adam Kissel, Former Deputy Assistant Secretary Dr. Casey

1

Sacks, and Former Senior Policy Advisor Michael Brickman, and the Defense of Freedom Institute for Policy Studies, submitted as an attachment to the Motion.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this ___ day of ____, 2023.

_____
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

Cc: All Counsel of Record