UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 23-61188-civ-BECERRA

STATE OF FLORIDA,

    Plaintiff,

v.

MIGUEL CARDONA, in his official
capacity as Secretary of Education, et al.,

    Defendants.
_____

**JOINT NOTICE REGARDING ORAL ARGUMENT**

At the status hearing held April 2, 2024, the Court directed the parties to confer and submit proposed dates for oral argument on Defendants' pending motion to dismiss, Docs. 11 & 12. The parties are available on the following dates:

- Thursday, May 2, 2024
- Monday, May 6, 2024
- Tuesday, May 7, 2024.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie Christmas*
Natalie Christmas (FBN 1019180)
SENIOR COUNSELOR
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON (D.C. Bar 1720813)
KATE TALMOR
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 451-7722
madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on April 3, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Natalie Christmas*
Senior Counselor
