UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61188-JB

STATE OF FLORIDA,

    Plaintiff,

v.

MIGUEL CARDONA, *et al.*

    Defendants.

_____/

### ORDER CLOSING CASE

**THIS CAUSE** came before the Court *sua sponte*. On October 2, 2024, this Court entered its Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint. ECF No. [43]. The Court granted Plaintiffs leave to file an amended complaint within fourteen days of entry of the Order. *Id.* at 45. To date, Plaintiff has not filed an amended complaint, nor has it sought an extension of time to do so. Accordingly, The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 24th day of October, 2024.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**