UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                                                                  Case No. 0:23-cv-61188

MIGUEL CARDONA, et al.,

   *Defendants*.

_____/

## NOTICE OF APPEAL

Notice is hereby given that the State of Florida, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Eleventh Circuit from the orders granting Defendants' motion to dismiss, dismissing this action, and closing the case, ECF 42, ECF 43, and ECF 44.

1

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
SENIOR COUNSELOR

Anita J. Patel (FBN 0070214)
SPECIAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I certify that on November 19, 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

*/s/ Natalie P. Christmas*
Natalie P. Christmas
